THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHEFFIELD FARMS Co., INC., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (130th St. and 94th Ave., Borough of Queens.)

Argued November 26, 1946; decided January 9, 1947.

*Harris Jay Griston* for appellant.

*John J. Bennett, Corporation Counsel (Morris Handel, William F. Murphy* and *Philip A. Paulson* of counsel), for respondents.

Order affirmed, with costs; no opinion. [See 296 N. Y. 876.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.